

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Terrence Daniels, | § | No. 08-14-00060-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| Barbara Browder, Susana Martinez, in her individual and official capacities, et al., | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2012-DCV-06543) |

## O R D E R

The Court GRANTS the Appellees Susana Martinez, Amy Orlando, James Dickens, Susan Riedel, Scot Key, Lisa King, Oscar Ferralez and Gary King's motion for extension of time to file the brief until **August 22, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES SUSANA MARTINEZ, AMY ORLANDO, JAMES DICKENS, SUSAN RIEDEL, SCOT KEY, LISA KING, OSCAR FERRALEZ AND GARY KING'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Steven L. Lovett, the Appellees' Attorney, prepare the Appellees Susana Martinez, Amy Orlando, James Dickens, Susan Riedel, Scot Key, Lisa King, Oscar Ferralez and Gary King's brief and forward the same to this Court on or before **August 22, 2014.**

IT IS SO ORDERED this 30th day of July, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.